Erin Rose Ronstadt, SBN 028362
Kevin Koelbel, SBN 016599
OBER & PEKAS, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745
(602) 761-4443 Fax
erin@oberpekas.com
kevin@oberpekas.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorey Ann Blevins, a married woman, | No. CV-17-00289-PHX-SPL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| UnitedHealth Group Short-Term and Long-Term Disability Plan, an ERISA benefit plan; Standard Insurance Company, a plan fiduciary; and UnitedHealth Group Incorporated, a plan administrator, | |
| Defendants. | |

The parties hereby give notice that they have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal With Prejudice within 30 days.

DATED this 7th day of June, 2017.

                                OBER & PEKAS, PLLC

                                By: *s/ Erin Rose Ronstadt*
                                    Erin Rose Ronstadt
                                    Kevin Koelbel
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2017, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews
Lewis Roca Rothgerber Christie LLP
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595
aandrews@lrrc.com
*Attorney for Defendants*

*s/ Ashley Porter*

-2-