1  Erin Rose Ronstadt, SBN 028362
   Kevin Koelbel, SBN 016599
2  OBER & PEKAS, PLLC
   3030 North 3rd Street, Suite 1230
3  Phoenix, AZ 85012
   (602) 277-1745
4  (602) 761-4443 Fax
   erin@oberpekas.com
5  kevin@oberpekas.com

6  Attorneys for Plaintiff

7

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9

10  Lorey Ann Blevins, a married woman,                    No. CV-17-00289-PHX-SPL

                                      Plaintiff,
11
                                                 **STIPULATION OF DISMISSAL WITH**
    v.                                                       **PREJUDICE**
12
    UnitedHealth Group Short-Term and Long-
13  Term Disability Plan, an ERISA benefit
    plan; Standard Insurance Company, a plan
14  fiduciary; and UnitedHealth Group
    Incorporated, a plan administrator,
15
                                      Defendants.
16

17        Plaintiff Lorey Ann Blevins and Defendants UnitedHealth Group Short-Term and

18  Long-Term Disability Plan, Standard Insurance Company, and UnitedHealth Group

19  Incorporated, by and through their respective undersigned attorneys, hereby stipulate to the

20  dismissal with prejudice of the above-captioned lawsuit in its entirety, with each party to bear

21  its own costs and attorneys' fees.

22        DATED this 27th day of June, 2017.

23  LEWIS ROCA ROTHGERBER CHRISTIE LLP          OBER & PEKAS, PLLC

24
    By: s/ Ann-Martha Andrews (w/ permission)    By: s/ Erin Rose Ronstadt
25      Ann-Martha Andrews                           Erin Rose Ronstadt
        Attorney for Defendants                      Kevin Koelbel
26                                                   Attorneys for Plaintiff

27

28

**OBER & PEKAS, PLLC**
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2017, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ann-Martha Andrews
Lewis Roca Rothgerber Christie LLP
201 E. Washington St., Suite 1200
Phoenix, AZ 85004-2595
aandrews@lrrc.com
*Attorney for Defendants*

*s/ Ashley Porter*