IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorey Ann Blevins, | No.  CV-17-00289-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| UnitedHealth Group Short-Term and Long-Term Disability Plan, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal (Doc. 28). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.    That the Stipulation for Dismissal (Doc. 28) is **granted**;

2.    That this action is **dismissed with prejudice** in its entirety;

3.    That each party shall bear its own costs and attorneys' fees; and

4.    That the Clerk of Court shall terminate this action.

Dated this 27th day of June, 2017.

Honorable Steven P. Logan
United States District Judge